UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

27TH STREET INVESTMENTS, LLC and LETTUCE & TOMATO RESTAURANT, LLC dba LETTUCE & TOMATO GOURMET GASTROBAR,
    Defendant(s).

Case No: 23-cv-23920-DPG

## **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, AMIN LAKHANI, and Defendants, 27TH STREET INVESTMENTS, LLC and LETTUCE & TOMATO RESTAURANT, LLC dba LETTUCE & TOMATO GOURMET GASTROBAR, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

/s/ Scott J. Jontiff
Scott J. Jontiff, Esq.
Florida Bar Number: 814180
JONTIFF & JONTIFF
5050 Biscayne Boulevard, Suite 201
Miami, Florida 33137
Telephone: (305) 674-1099
Facsimile: (305) 674-1299
Primary e-mail: Service@Jontiff.com
Secondary e-mail: Scott@Jontiff.com
*Counsel for 27TH Street Investments, LLC*

s/ NEIL D. KODSI
Neil D. Kodsi, Esquire
Florida Bar No.: 11255
FELDMAN KODSI
*Attorneys for Defendant, Lettuce & Tomato Restaurant Gourmet Gastrobar*

8325 NE 2nd Ave., Suite 204
Miami, FL 33138
Telephone: (305) 445-2005
NKodsi@FeldmanKodsi.com