UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

27TH STREET INVESTMENTS, LLC and LETTUCE & TOMATO RESTAURANT, LLC dba LETTUCE & TOMATO GOURMET GASTROBAR,
    Defendant(s).

Case No: 23-cv-23920-DPG

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, AMIN LAKHANI, and Defendants, 27TH STREET INVESTMENTS, LLC and LETTUCE & TOMATO RESTAURANT, LLC dba LETTUCE & TOMATO GOURMET GASTROBAR by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, with each party to bear their own attorney's fees and costs unless otherwise agreed in writing.

    Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | /s/ Scott J. Jontiff |
| Glenn R. Goldstein (FBN: 55873) | Scott J. Jontiff, Esq. |
| *Attorney for Plaintiff* | Florida Bar Number: 814180 |
| Glenn R. Goldstein & Assoc., PLLC | JONTIFF & JONTIFF |
| 8101 Biscayne Blvd., Ste. 504 | 5050 Biscayne Boulevard, Suite 201 |
| Miami, Florida 33138 | Miami, Florida 33137 |
| 561.573.2106 | Telephone: (305) 674-1099 |
| GGoldstein@G2Legal.net | Facsimile: (305) 674-1299 |
| | Primary e-mail: Service@Jontiff.com |
| | Secondary e-mail: Scott@Jontiff.com |
| | *Counsel for 27TH Street Investments, LLC* |
| | |
| | s/ NEIL D. KODSI |
| | Neil D. Kodsi, Esquire |
| | Florida Bar No.: 11255 |
| | FELDMAN KODSI |
| | *Attorneys for Defendant, Lettuce &* |

*Tomato Restaurant Gourmet Gastrobar*
8325 NE 2nd Ave., Suite 204
Miami, FL 33138
Telephone: (305) 445-2005
   NKodsi@FeldmanKodsi.com